No. 90–1397.  IN RE AINSWORTH, 500 U. S. 903.  Motion of
petitioner for leave to proceed further herein *in forma pauperis*
granted.  Motion for leave to file petition for rehearing denied.

No. 92–9082.  KLEINSCHMIDT v. SCHWARTZ, CHIEF JUDGE,
DISTRICT COURT OF APPEAL OF FLORIDA, THIRD DISTRICT,
ET AL., *ante*, p. 849; and
    No. 92–9159.  JEFFRESS v. RENO, ATTORNEY GENERAL OF THE
UNITED STATES, *ante*, p. 854.  Motions for leave to file petitions
for rehearing denied.

No. 93–277.  THERIOT ET AL. v. GREAT WESTERN COCA-COLA
BOTTLING, DBA COCA-COLA BOTTLING COMPANY OF HOUSTON,
*ante*, p. 972.  Petition for rehearing denied.  JUSTICE BLACKMUN
took no part in the consideration or decision of this petition.

JANUARY 14, 1994

No. 93–639.  IBANEZ v. FLORIDA DEPARTMENT OF BUSINESS
AND PROFESSIONAL REGULATION, BOARD OF ACCOUNTANCY.
Dist. Ct. App. Fla., 1st Dist.  Certiorari granted.